UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBBIN GIBSON,

    Plaintiff,

    v.

PFIZER, INC.,

    Defendant.

No. C 20-03870 WHA

**ORDER TO SHOW CAUSE**

A prior order dated August 18 denied plaintiff's request to proceed *in forma pauperis* and gave her until September 17 to pay the filing fee. Plaintiff's deadline has long since passed and the outstanding balance of $400 remains due. Plaintiff is hereby ordered to show cause in writing by October 13 at noon why the instant action should not be dismissed for failure to pay the filing fee.

**IT IS SO ORDERED.**

Dated: October 7, 2020.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE