UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIN GIBSON, | |
| Plaintiff, | No. 3:20-cv-03870-WHA |
| v. | **ORDER RE [16] RESPONSE TO ORDER TO SHOW CAUSE AND DENYING MOTION TO FILE DOCUMENTS ANONYMOUSLY AND AMEND CASE NAME** |
| PFIZER, INC., | |
| Defendant. | |

Plaintiff Robbin Gibson filed this employment discrimination action through counsel along with an application to proceed in forma pauperis. (Dkt. No. 2). The in forma pauperis application, however, was incomplete and failed to include detailed financial information. Magistrate Judge Jacqueline Scott Corley directed plaintiff to file a new application to proceed in forma pauperis by June 29, 2020. (Dkt. No. 4). Plaintiff failed to file a new application. Judge Corley then submitted a report and recommendation to this Court, recommending that the Court deny the application to proceed in forma pauperis. (Dkt. No. 7).

Adopting Judge Corley's report and recommendation, this Court denied plaintiff's application to proceed in forma pauperis and stated that plaintiff must pay the outstanding filing fee no later than September 17, 2020. (Dkt. No. 10). To date, plaintiff has failed to pay the filing fee. The Court then ordered plaintiff to show cause in writing by October 13, 2020 at noon why the instant action should not be dismissed for failure to pay the filing fee. Plaintiff

did not reply to the Court's order until October 18, 2020, making a late-filed request to pay the filing fee in installments.

The Court will allow plaintiff to pay the filing fee in four monthly payments of $100: the first payment due by November 13, 2020; the second payment due by December 11, 2020; the third payment due by January 15, 2021; and the final payment due by February 12, 2021. Failure to make timely payments will result in dismissal of this action.

With respect to plaintiff's motion to file documents anonymously and amend the case name, the motion is **DENIED**. The Court is a public institution and the public has a right to look over our shoulders and see who is seeking relief in public court.

**IT IS SO ORDERED.**

Dated: October 28, 2020

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE